UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| SHREDDER COMPANY WORLDS BEST, LLC, | § | Case No.15-31189-HCM-7 |
| | § | |
| Debtor. | § | |

**DEBTOR'S AMENDMENT TO SCHEDULE F**

Now comes the Debtor SHREDDER COMPANY WORLDS BEST, LLC, and files this, its Amendment to Schedule F, and adds the following unsecured creditor as disputed:

| | |
|---|---|
| Victor Ponce<br>c/o Maxey Scherr<br>1 Texas Tower<br>109 N. Oregon St., 12th Floor<br>El Paso, TX 79901 | $0.00<br>Disputed |

Officer for Debtor declares that he has read the foregoing Amendment to Schedule F, and that it is true and correct to the best of his knowledge, information, and belief.

Respectfully submitted this 5th day of August, 2015.

**SHREDDER COMPANY WORLDS BEST, LLC**

By: Alton Scott Newell Jr
ALTON SCOTT NEWELL, JR.
Its: Managing Member

/s/ Bud Kirk
E.P. BUD KIRK
State Bar No. 11508650
600 Sunland Park Drive
Bldg. Four, Suite 400
El Paso, Texas 79912
(915) 584-3773
(915) 581-3452 facsimile
budkirk@aol.com

Attorney for Debtor

## CERTIFICATE OF SERVICE

I do hereby certify that on the 5th day of August, 2015, I did cause a copy of the following Amendment to Schedule F to be mailed by postage pre-paid U.S. Mail to to Randolph N. Osherow, Chapter 7 Trustee, 342 W. Woodlawn Ave., Ste. 100, San Antonio, TX 78212; to Shredder Company Worlds Best, LLC, 7380 Doniphan Dr., Canutillo, TX 79835; and to Victor Ponce, c/o Maxey Scherr, 1 Texas Tower, 109 N. Oregon St., 12th Floor, El Paso, TX 79901.

/s/
E.P. BUD KIRK

4496-MC-080515

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| In re | § | |
| | § | |
| SHREDDER COMPANY WORLDS BEST, LLC, | § | Case No.15-31189-HCM-7 |
| | § | |
| Debtor. | § | |

**AMENDMENT TO CREDITOR MATRIX**

Now comes the Debtor SHREDDER COMPANY WORLDS BEST, LLC and files this, its Amendment to Creditor Matrix and adds the unsecured creditor shown on the attached list.

Officer for Debtor declares that he has read the following Amendment to Creditor Matrix and declares that it is true and correct to the best of his knowledge, information, and belief.

Date: Aug. 5, 2015

**SHREDDER COMPANY WORLDS BEST, LLC**

By: Alton Scott Newell Jr.
ALTON SCOTT NEWELL, JR.
Its: Managing Member

Victor Ponce
c/o Maxey Scherr
1 Texas Tower
109 N. Oregon St., 12th Floor
El Paso, TX 79901