**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: November 16, 2015.**

**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 7 |
| | § | |
| SHREDDER COMPANY WORLDS BEST LLC | § | |
| | § | CASE NO. 15-31189-HCM |
| DEBTOR | § | |

**ORDER LIFTING AUTOMATIC STAY**

Came on for Consideration the Trustee and the City of El Paso's Joint Agreed Motion to Lift the Automatic Stay ("Motion to Lift Stay"), and the Court having considered the Motion to Lift Stay, the record and file of the case, together with argument of counsel, is of the opinion and so finds that the Motion should be granted. Therefore, it is hereby

**ORDERED, ADJUDGED AND DECREED** that the stay afforded by 11 U.S.C. §362 against the property described as:

MACHINERY FURNITURE AND SIGNS located at 7380 Doniphan Dr and real property legally described as HARRISON & KERBER #5 TR 2-D-5 (0.5690 AC) located at 7380 Doniphan Dr, situated in El Paso County, Texas (tax account number X005-000-0000-2800) (herein called "the Subject Property")

is hereby terminated against the Subject Property and against the Debtors so as to allow the City of El Paso to collect all unpaid and delinquent tax debt through enforcement of its state law lien rights, and the City of El Paso is authorized to enforce and foreclose its tax lien against the Subject Property in accordance with applicable state and/or federal law.

###

Order Submitted by:

__/s/ Don Stecker______________
David G. Aelvoet
State Bar No. 00786959
Don Stecker
State Bar No. 19095300
**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
711 Navarro, Suite 300
San Antonio, TX 78205
(210) 225-6763 - *Telephone*
(210) 225-6410 - *Fax*
Attorney for the City of El Paso

And

______________________________
Randolph N. Osherow, Chapter 7 Trustee
State Bar No. 15335500
342 West Woodlawn, Suite 100
San Antonio, TX 78212
(210) 738-3001 - *Telephone*
(210) 737-6312 - *Fax*
rosherow@hotmail.com

is hereby terminated against the Subject Property and against the Debtors so as to allow the City of El Paso to collect all unpaid and delinquent tax debt through enforcement of its state law lien rights, and the City of El Paso is authorized to enforce and foreclose its tax lien against the Subject Property in accordance with applicable state and/or federal law.

###

Order Submitted by:

David G. Aelvoet
State Bar No. 00786959
Don Stecker
State Bar No. 19095300
**LINEBARGER GOGGAN BLAIR & SAMPSON, LLP**
711 Navarro, Suite 300
San Antonio, TX 78205
(210) 225-6763 - *Telephone*
(210) 225-6410 - *Fax*
Attorney for the City of El Paso

And

10/28/15

Randolph N. Osherow, Chapter 7 Trustee
State Bar No. 15335500
342 West Woodlawn, Suite 100
San Antonio, TX 78212
(210) 738-3001 - *Telephone*
(210) 737-6312 - *Fax*
rosherow@hotmail.com